# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# ST. JOSEPH DIVISION

| | |
|---|---|
| RANDOLPH HIEBERT, | ) |
| Plaintiff, | ) |
| | ) Case No. 5:18-cv-06124-GAF |
| vs. | ) |
| AKAL SECURITY, INC., | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Randolph Hiebert and Defendant Akal Security, Inc. hereby stipulate under Fed. R. Civ. P. 41(a) to the dismissal of this case with prejudice, with each party to bear their own costs.

Respectfully submitted,

/s/ Timothy H. Bosler Jr.
Timothy H. Bosler #23442
Timothy H. Bosler Jr. #57846
14 South Main Street
Liberty, MO 64068
Telephone: (816) 781-0085
Telecopier: (816) 792-1817
E-mail: bosler@greenhills.net

ATTORNEYS FOR PLAINTIFF

/s/ *Robert A. Sheffield*
Robert A. Sheffield #65362
Alyssa M. Sediqzad #70506
LITTLER MENDELSON, P.C.
1201 Walnut Street, Suite 1450
Kansas City, MO 64106
Telephone: 816.627.4400
Facsimile: 816.627.4444
rsheffield@littler.com
asediqzad@littler.com

ATTORNEYS FOR DEFENDANT